UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ISHMAEL WAHID, *Pro Se,* | ) | Case No.:   5:06 CV 1663 |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| MAGGIE BEICHTLER, WARDEN, | ) | |
| | ) | |
| Respondent | ) | <u>JUDGMENT ENTRY</u> |

Having dismissed Petitioner Ishmael Wahid's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in a separate Order on this same date, the court hereby enters judgment for the Respondent and against the Petitioner. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

September 28, 2007